**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Arturo Melo Gabino,<br><br>Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>Respondents. | Case No. 0:26-cv-01005-DMT-JFD |

## ORDER TRANSFERRING VENUE

[¶ 1] THIS MATTER comes before the Court upon an Emergency Petition for Writ of Habeas Corpus filed on February 3, 2026. Doc. No. 1. Petitioner asks this Court to assert jurisdiction, even though he is currently held outside the District of Minnesota. The Court cannot violate clear Supreme Court precedent defining subject matter jurisdiction by the immediate custodian rule. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("[F]or core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement."). Since Petitioner was held in El Paso, Texas when the Petition was filed, transfer to the Western District of Texas is in the interest of justice. 28 U.S.C. § 1406(a).

[¶ 2] Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western District of Texas for all further proceedings and disposition of all remaining motions.

[¶ 3] **IT IS SO ORDERED.**

DATED February 4, 2026.

Daniel M. Traynor, District Judge
United States District Court